# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Manuel Eduardo CANALES-Duran**
**A088 352 556**
**YOB: 1986**
**POB: Mexico**
Name and Address of Defendant

CRIMINAL COMPLAINT

Case Number: 7:14-po- 0681

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 10, 2012** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,
(Track Statutory Language of Offense)
being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title __8__ United States Code, Section(s) __1325 (a) (1)__

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On March 20, 2014, Manuel Eduardo CANALES-Duran was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and he was remanded to the custody of Immigration and Customs Enforcement on September 10, 2014. When questioned as to his citizenship, defendant stated that he is a citizen and national of Mexico who illegally entered the United States on or about March 10, 2012 by wading the Rio Grande River at or near Hidalgo, Texas.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/s/ **Jesus Castro**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 11, 2014** at **McAllen, Texas**
Date                                                               City and State

**Dorina Ramos, U.S. Magistrate Judge**
Name and Title of Judicial Officer                         Signature of Judicial Officer