# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

UNITED STATES OF AMERICA

              Plaintiff

v.                                  Case No.: 7:14–po–00681
                                        Magistrate Judge Dorina Ramos

Manuel Eduardo Canales–Duran

              Defendant

---

## JUDGMENT

On **9/11/14**, the defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), as charged in the Complaint; and the Court having found that the defendant is mentally competent, that the defendant's plea is voluntary and that there is a factual basis for the plea;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that a term of imprisonment of **60 days and a special assessment of $10.00 are hereby imposed. Defendant is to be given credit for time already served on said sentence.**

DONE at McAllen, Texas, on **9/11/14**.


_____
Dorina Ramos
United States Magistrate Judge

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____

to _____

at _____, with a certified copy of the Judgment.

By: _____
Deputy U.S. Marshal